IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIMBERLY BLAIR,  :

    Plaintiff,

v.  :  Case No. 3:13-cv-105

COMMISSIONER OF SOCIAL SECURITY,  :  JUDGE WALTER H. RICE

    Defendant.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #18); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR AN EAJA AWARD (DOC. #17); AWARDING PLAINTIFF $3,573.00 IN EAJA FEES

---

Based on the reasoning and citations of authority set forth in the Report and Recommendations filed by United States Magistrate Judge Michael J. Newman on February 2, 2015, Doc. #18, as well as on a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety, SUSTAINS Plaintiff's unopposed Motion for Attorney Fees Under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Doc. #17, and AWARDS Plaintiff $3,573.00 in EAJA attorney fees.

    The Court notes that, although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

As no further matters remain pending for review, this case remains TERMINATED on the Court's docket.

Date: March 26, 2015

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE